**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GIORGI BERADZE, *Petitioner*, | : | |
| v. | : | No. 2:26-cv-07111 |
| JOHN RIFE, *et al.*, *Respondents*. | : | |

# ORDER

**AND NOW**, this 16th day of September, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. No. 1), it is hereby **ORDERED** that the Warden of the Federal Detention Center, Philadelphia, shall by **September 17, 2026**, **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243. The Government **SHALL INFORM** the Court if Petitioner currently has any outstanding criminal warrants in this country or elsewhere.

It is **FURTHER ORDERED** that Petitioner **SHALL NOT** be transferred outside of the Eastern District of Pennsylvania or removed from the United States while this Petition is pending.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

1 Petitioner's Counsel should forward the Petition, along with this Order to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.