**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GIORGI BERADZE, | : | |
| | : | |
| *Petitioner,* | : | |
| v. | : | No. 2:26-cv-07111 |
| | : | |
| WARDEN J.L. JAMISON, *et al.*, | : | |
| | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 22nd day of September, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. No. 1), and the Government's Response in Opposition (Dkt. No. 4), it is hereby **ORDERED** that the Petition is **DISMISSED** without prejudice. Nothing in this Court's Order precludes Petitioner from refiling this Petition if the Government has not provided a bond hearing within a reasonable time. Petitioner may be transferred to another facility so that he may be afforded the opportunity to appear at future immigration hearings and pursue his available administrative remedies.

BY THE COURT:

GAIL A. WEILHEIMER, J.